JONES STEVEDORING COMPANY,
Petitioner,

v.

DIRECTOR, OFFICE OF WORKERS
COMPENSATION PROGRAMS;
et al., Respondents.

No. 04–74906.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Nov. 15, 2005.

Filed Dec. 1, 2005.

Jay W. Beattie, Esq., Lindsay, Hart, Neil & Weigler, Portland, OR, for Petitioner.

U.S. Department of Labor Office of the Solicitor Frances Perkins Building, Thomas Shepard, Donald S. Shire, Esq., Carol Dedeo, Associate Solicitor, Michael Niss, U.S. Department of Labor Office of the Solicitor, Washington, DC, Karen P. Staats, Esq., OWCP–Longshore and Harbor Workers' Programs District Director, Seattle, WA, Meagan A. Flynn, Esq., Preston Bunnell & Stone LLP, Portland, OR, for Respondents.

Before: FERGUSON, KLEINFELD, and GRABER, Circuit Judges.

MEMORANDUM *

We deny the petition for review for the reasons well-stated by the Benefits Review Board.

Petition for review **DENIED**.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.